HOWARD ODOM *v.* HELEN ODOM
(AC 20989)

Landau, Mihalakos and Dupont, Js.

Submitted on briefs December 13, 2001—officially released January 15, 2002

Per Curiam. The judgment is affirmed.

JONATHAN STONE *v.* LAUREN H. WINER ET AL.
(AC 14314)

Lavery, C. J., and Foti and O'Connell, Js.

Submitted on briefs December 13, 2001—officially released January 15, 2002

Per Curiam. The judgment is affirmed.

TERRANCE STEVENSON *v.* COMMISSIONER OF
CORRECTION
(AC 20860)

Lavery, C. J., and Foti and O'Connell, Js.

Submitted on briefs December 13, 2001—officially released January 15, 2002

Per Curiam. The trial court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.